## KENT v. BURWICK.
### Civil Action No. 2114.

District Court, D. Massachusetts.
Nov. 25, 1942.

Josiah A. Bonchi, of Springfield, Mass., and Abraham A. M. Schweitzer, of Hartford, Conn., for plaintiff.

Burwick & Burwick, of Worcester, Mass., for defendant.

FORD, District Judge.

I think it does not appear from the plaintiff's complaint and the facts presented to me at the hearing on the defendant's motion to dismiss that it is a legal certainty the plaintiff cannot recover in an amount sufficient to confer jurisdiction on this court. Consequently, the defendant's motion to dismiss is denied. St. Paul Mercury Indemnity Co. v. Red Cab Company, 303 U.S. 283, 288, 289, 58 S.Ct. 586, 82 L. Ed. 845.